MARGARET E. McELWEE, Respondent, v. HERMAN GLASSER, Appellant.—

Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.